UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Andre Jackson**                          **Docket No. 5:19-CR-300-1BO**

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Andre Jackson, who, upon an earlier plea of guilty to 18 U.S.C. §§ 1708 and 2, Possession of Stolen Mail and Aiding and Abetting and 18 U.S.C. §§ 1705 and 2, Destruction or Injury to Mailbox or Mail and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on November 26, 2019, to the custody of the Bureau of Prisons for a term of 12 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Andre Jackson was released from custody on July 7, 2020, at which time the term of supervised release commenced. On July 13, 2020, the court modified the conditions of supervision to include a sex offender assessment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant completed the sex offender assessment on July 20, 2020, and the therapist recommended that the defendant participate in mental health counseling, sex offender counseling, and submit to polygraph testing.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

3. The defendant shall participate in a sex offender treatment program as directed by the U.S. Probation Officer, and the defendant shall comply with and abide by all the rules, requirements, and conditions of the treatment program until discharged. The defendant shall take medication as prescribed by the treatment provider.

Except as herein modified, the judgment shall remain in full force and effect.

                                                     I declare under penalty of perjury that the foregoing is true and correct.
                                                     /s/ Eddie J. Smith
                                                     Eddie J. Smith
                                                     Supervising U.S. Probation Officer
                                                     150 Rowan Street Suite 110
                                                     Fayetteville, NC 28301
                                                     Phone: 910-354-2537
                                                     Executed On: July 30, 2020

## ORDER OF THE COURT

Considered and ordered this __30__ day of __July__, 2020, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
Chief United States District Judge